## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---------------------------------  x
                                   :
Travis Widner,                     :
                                   :
                Plaintiff,        :    Case No. 20-cv-02213 (DSD/TNL)
                                   :
    v.                             :
                                   :
Walmart Inc. dba Walmart           :
and Walmart Realty Company,        :
                                   :
                Defendants.       :
                                   :
---------------------------------  x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto, through their undersigned counsel of record, voluntarily dismiss this case with prejudice and without costs to any of the parties.

Dated: February 26, 2021                       Respectfully submitted,

                                                     **KUTAK ROCK LLP**

                                                     By: */s/ K. Jon Breyer*
                                                     K. Jon Breyer (# 305529)
                                                   60 S. Sixth Street, Suite 3400
                                                   Minneapolis, MN 55402
                                                   Tel: (612) 334-5000
                                                   jon.breyer@kutakrock.com

                                                   *Attorneys for Defendants*

Dated: February 26, 2021                **THRONDSET MICHENFELDER, LLC**

                                                By: */s/ Chad A. Throndset*
                                                Chad A. Throndset (#0261191)
                                                Patrick W. Michenfelder (#024207X)
                                                Cornerstone Building
                                                One Central Ave West, Suite 101
                                                St. Michael, MN 55376
                                                Tel: (763) 515-6110
                                                chad@throndsetlaw.com
                                                pat@throndsetlaw.com

                                                *Attorneys for Plaintiff*