# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Travis Widner, | : | |
| Plaintiff, | : | Case No. 20-cv-02213 (DSD/TNL) |
| v. | : | |
| Walmart Inc. dba Walmart and Walmart Realty Company, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel of record, entered a stipulation to voluntarily dismiss this case with prejudice and without costs to any of the parties.

**IT IS HEREBY ORDERED** that:

Plaintiff's claims are here dismissed with prejudice and without costs to any of the parties.

Dated: February 26, 2021          s/David S. Doty
                                                   David S. Doty, Judge
                                                   United States District Court